**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **DE'KERIO JA'MEL COLEMAN,** | : | |
| | : | |
| **Movant,** | : | |
| | : | **Case No. 5:22-CR-9-CAR-CHW-5** |
| **v.** | : | **Case No. 5:25-cv-38-MTT-CHW** |
| | : | **Proceeding Under 28 U.S.C. § 2255** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent.** | : | |
| | : | |

**ORDER ON RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is the United States Magistrate Judge's Recommendation to deny Movant De'Kerio Ja'Mel Coleman's Motion to Vacate his sentence pursuant to 28 U.S.C. § 2255 because his bare allegations fail to meet the standard required to show ineffective assistance of counsel as to his plea agreement. Movant has not objected to the Recommendation, and the time in which to do so has expired. Having considered the Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Order and Recommendation [Doc. 711] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. For the reasons set forth in the Order and Recommendation, the Court **DENIES** Movant's Motion to Vacate pursuant to 28 U.S.C. § 2255 [Doc. 657]. Additionally, because Movant has failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability is **DENIED**.

**SO ORDERED** this 5th day of October, 2026.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT