IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DE'KERIO JA'MEL COLEMAN, | * | |
| Petitioner, | * | |
| v. | | Case No. 5:22-cr-00009-CAR-CHW-5<br>Case No. 5:25-cv-38-MTT-CHW |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

**<u>J U D G M E N T</u>**

Pursuant to this Court's Order dated October 5, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 6th day of October, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk